DE BETANCOURT v. METROPOLITAN ST. RY. CO.

(City Court of New York, General Term. November 21, 1899.)

PLEADING—AMENDMENT—DAMAGES.

    A court has no authority to grant plaintiff's motion to increase the amount of damages demanded in his complaint.

Appeal from special term.

Action by Brigida De Betancourt against the Metropolitan Street-Railway Company. From an order denying defendant's motion to set aside an order granting plaintiff leave to amend his complaint by increasing the amount of damages alleged, defendant appeals. Reversed.

Argued before FITZSIMONS, C. J., and CONLAN and Mc-
CARTHY, JJ.

Henry A. Robinson, for appellant.
Dowd & Kennedy, for respondent.

CONLAN, J. This is an appeal from an order which denied a mo-
tion to open a default upon a former motion, and upon which an
order was inadvertently signed granting leave to increase the amount
of damages demanded in the complaint to the sum of $2,000. The
action had been originally commenced in the municipal court for
the Tenth district. We think that the court was without power
to grant the order in the first instance, and are of the opinion that
the order appealed from should be reversed, and the motion to va-
cate the original order granted, but we do not think that any costs
should be awarded upon this appeal. If the plaintiff feels aggrieved
by the situation that will be presented by the disposition thus made
of the matter before us, she has the right to discontinue the present
action, and she can then frame a pleading under which she would
have the right to recover the increased damages to which she thinks
herself entitled.

Order reversed, and motion to vacate original order granted. All
concur.